IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| DONALD HENRY *et al.*, | : | Case No. C-1-03-509 |
| Plaintiffs, | : | (Judge Dlott) |
| V. | : | |
| CITY OF CINCINNATI, | : | |
| Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Come now Plaintiffs Henry, Sexton, and Dominy, by and through their counsel, and hereby give notice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure of the voluntary dismissal of this lawsuit. This dismissal is with the City's consent and is pursuant to a settlement agreement between Plaintiffs and the City of Cincinnati.

Respectfully submitted,

SIRKIN PINALES & SCHWARTZ LLP

   /s/ Jennifer Kinsley
JENNIFER M. KINSLEY (Ohio Bar No. 0071629)
105 West Fourth Street, Suite 920
Cincinnati, Ohio 45202
Telephone (513) 721-4876
jkinsley@sirkinpinales.com

Counsel for Plaintiffs Henry, Sexton, and Dominy

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was provided via the electronic notification service provided by the Court to: Richard Ganulin, Assistant City Solicitor, 801 Plum Street, Room 214, Cincinnati, Ohio 45202; and Scott Greenwood, 1 Liberty House, Post Office Box 54400, Cincinnati, Ohio 45202, on the 28th day of September, 2007.

    /s/ Jennifer Kinsley
JENNIFER M. KINSLEY (Ohio Bar No. 0071629)

Counsel for Plaintiffs Henry, Sexton, and Dominy